# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Mark Sojka and Stephanie Sojka, on behalf of plaintiffs and class members,

Plaintiff(s),

v.

Loyalty Media LLC d/b/a Loyalist, Vana Properties LLC and John Does 1-10,

Defendant(s).

Case No. 14 C 770
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of defendants, Loyalty Media LLC d/b/a Loyalist, Vana Properties LLC and John Does 1-10 and against plaintiff, Mark Sojka and Stephanie Sojka, on behalf of plaintiffs and class members.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date: 5/20/2015                    Thomas G. Bruton, Clerk of Court

/s/ Robbie Hunt , Deputy Clerk