# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Mark Sojka, et al.

                    Plaintiff,

v.                                       Case No.: 1:14–cv–00770
                                              Honorable Sharon Johnson Coleman

Loyalty Media LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2015:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's corrected motion to alter judgment [59] is granted. Judgment in this action is amended to a dismissal without prejudice. No appearance required on 6/4/2015. Plaintiff motion to alter judgment [57] is stricken as duplicative.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.